WR-48,152-05
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/8/2015 12:18:08 PM
Accepted 1/8/2015 1:29:05 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
1/8/2015
ABEL ACOSTA, CLERK

*In re*
GARCIA GLEN WHITE,
Relator-Petitioner

# MOTION FOR LEAVE TO FILE PETITION FOR A WRIT OF PROHIBITION

**THIS IS A DEATH PENALTY CASE.**
MR. WHITE IS SCHEDULED TO BE EXECUTED
ON JANUARY 28, 2015

**Pat McCann - Counsel**
SBOT: 00792680
909 Texas Ave, Ste. 205
Houston, Texas 77002
Phone: 713) 223-3805
writlawyer@justice.com

**Mandy Miller – Co-Counsel**
SBOT: 24055561
2910 Comm. Center Blvd, # 103-201
Katy, Texas
Phone: 832) 900-9884
mandy@mandymillerlegal.com

Comes now the Petitioner and asks this Court for Leave to File an Original Habeas proceeding under it's powers within the Texas Constitution, Article V Section 5.

Respectfully submitted,

/s/ Patrick F. McCann
/s/ Mandy Miller
PATRICK F. McCANN  (SBOT 00792680)
MANDY MILLER       (SBOT 24055561)
909 Texas Ave #205
Houston, Texas 77002
713-223-3805
281-667-3352 FAX
writlawyer@justice.com
mandy@mandymillerlegal.com
**ATTORNEYS FOR RELATOR**
**GARCIA GLEN WHITE**

CERTIFICATE OF SERVICE

I, Patrick F. McCann do hereby certify that a true and correct copy of the above and foregoing has been served on January 8th, 2015 via mail delivery to the Defendants at: Lynn Hardaway, Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, Texas 77002 and the Capital Litigation's Office at the Attorney General's Office.

/s/ Patrick F. McCann
Patrick F. McCann